JACOB SILFEN and LENA SILFEN, Respondents, v. SADIE ELLMAN, Appellant, and Others, Defendants.— Order reversed and motion granted to the extent of opening the default setting aside the judgment and permitting the defendant Ellman to interpose her answer on condition that within five days she stipulate that the deposit with the clerk of the court of the sum of $5,500 stand as security for the payment of any judgment, and accept notice of trial for the June term; the receivership to stand pending the trial.    Otherwise the order is affirmed, with ten dollars costs and disbursements.    This disposition is made without passing upon the sufficiency of the answer. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellant, v. LIQUORS SEIZED AT No. 255 SOUTH EIGHTH AVENUE, MOUNT VERNON, NEW YORK. ANGELO SGAMMATO, Claimant, Respondent. — Judgment of the City Court of Mount Vernon affirmed, with costs.    No opinion.    Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

ADOLPH SLOMKA, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Order reversed, with costs, and verdict unanimously reinstated with costs, on the authority of *Slomka* v. *Nassau Electric R. R. Co.* (191 App. Div. 727), decided herewith.    Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

EDITH SMITH, Appellant, v. F. B. STEARNS COMPANY, a Foreign Corporation, and Another, etc., Respondents.—Judgments and order unanimously affirmed, with costs.    The complaint alleged that defendants were guilty of fraud in the representation which constituted the warranty and, therefore, in contracting the liability which was the basis of the action.    In this respect the case differs from *Novotny* v. *Kosloff* (214 N. Y. 12), and falls within subdivision 4 of section 549 of the Code of Civil Procedure, and the consequence of failure to prove the fraud was loss of the action.    The complaint was properly dismissed.    Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

MINNEHAHA SNEDECOR, Respondent, v. EDWARD R. CHAPEL, Appellant. — Plaintiff was not premature in moving for judgment upon the first answer, since she moved after issue joined.    (Code Civ. Proc. § 547.)    A power to amend cannot be invoked to defeat such motion unless exercised by serving a new answer before the motion is heard.    (*Dorf* v. *Corsa*, 163 N. Y. Supp. 602.)    But service of a new answer wholly supersedes the original answer.    The order thereon then becomes unimportant, save as to motion costs, and upon the hearing here these have been waived.    Nothing substantial being now left, the appeal is dismissed, without costs.    Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

JOHN S. STANLEY and Others, Appellants, v. FRANK S. GANNON, Respondent.— Judgment unanimously affirmed, upon the opinion of Mr. Justice Aspinall at Special Term [Reported in 109 Misc. Rep. 611], with costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.